(134 So. 925)

## Tom STEPHENS v. STATE.
### 5 Div. 843.

Court of Appeals of Alabama.
April 21, 1931.

SAMFORD, J.

Appeal dismissed.

(129 So. 926)

## Ex parte Fred L. STEVENS.
### 6 Div. 808.

Court of Appeals of Alabama.
June 17, 1930.

Von L. Thompson, of Birmingham, for petitioner.

Wilkinson & Burton, of Birmingham, for respondent.

PER CURIAM.

Writ denied.

(136 So. 927)

## F. L. STEVENS v. D. V. JAMES, etc.
### 7 Div. 761.

Court of Appeals of Alabama.
Oct. 6, 1931.

Victor Vance, of Gadsden, for appellant.

Hugh Reed, of Centre, for appellee.

RICE, J.

Affirmed on authority of Stevens v. Taylor, 221 Ala. 640, 130 So. 386.

(132 So. 925)

## Will STEWART v. STATE.
### 3 Div. 672.

Court of Appeals of Alabama.
March 3, 1931.

Walters & Walters, of Greenville, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.

Defendant was convicted of burglary and appeals. The evidence for the state made out a plain case of burglary and connected this defendant with such burglary as particeps criminis. There was no error in any ruling of the court upon the admission of testimony and those written refused charges stating correct propositions of law were fully covered by the court in its general charge.

The defendant has had a fair trial according to the forms of law; the jury has passed upon his guilt and found him guilty. There is no error in the record, and the judgment is affirmed.

Affirmed.

(129 So. 926)

## Houston STRANGE v. STATE.
### 7 Div. 666.

Court of Appeals of Alabama.
June 30, 1930.

C. A. Wolfes, of Ft. Payne, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J.

There was no evidence to sustain the charge contained in the indictment upon which this appellant was tried and convicted, and at the close of the state's case the trial court should have granted the motion of defendant to exclude the evidence and discharge the defendant, and the exception reserved to the ruling of the court in this connection is sustained. The judgment of conviction from which this appeal was taken is reversed, and one here rendered discharging this appellant from further custody in this proceeding.

Reversed and rendered.

(132 So. 925)

## Katherine STUBBS v. STATE.
### 8 Div. 109.

Court of Appeals of Alabama.
March 3, 1931.

SAMFORD, J.

Affirmed.